**IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01611-BNB

JAMES JONES,

      Applicant,

v.

RON WILEY, Warden, Federal Prison Camp – Florence,

      Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Applicant's motion to certify the class and for appointment of counsel to represent the class filed on July 8, 2009, (Doc. #5), is DENIED as premature.

      Dated: September 25, 2009